# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/7/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 2:38:56 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2015-30625    COURT:    189TH    TENTATIVE DUE DATE:    12/14/2015

APPEAL TYPE    ACCELERATED    CASE STATUS:    READY DOCKET

APPELLANT:    CITY OF BAYTOWN, A MUNICIPAL CORPORATION IN HARRIS AND CHAMBERS COUNTIES, SCOTT WILIAMS, CHIEF BUILDING OFFICAL FOR THE CITY OF BAYTOWN, AND RON BOTTOMS, THE FORMER ACTING CITY MANAGER FOR THE CITY OF BAYTOWN

APPELLEE:    APTBP, LLC D/B/A BAY POINTE APARTMENTS

EVENT FILE DATE    12/4/2015    NUMBER OF DAYS: 10

EVENT CODES;    D, OA

FILED BY:    **MICHAEL T GARNER**    TBN:    **24076135**

DATE ORDER SIGNED    11/6/2015    (VERBAL ORDER)

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    ORDER HAS YET TO BE SIGNED    VOLUME:    PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : N/A

NOTES:    APPEALING VERBAL ORDER OF PLEAS TO THE JURISDICTION;

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

12/4/2015 4:40:06 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 8102757
By: REYES, SYLVIA
Filed: 12/4/2015 4:40:06 PM

Cause No. 2015-30625

| | | |
|---|---|---|
| APTBP, LLC d/b/a BAY POINTE APARTMENTS | § § § | IN THE DISTRICT COURT |
| *Plaintiff* | § § | |
| vs. | § § | 189TH JUDICIAL DISTRICT |

APTBP, LLC d/b/a BAY POINTE APARTMENTS

*Plaintiff*§§§§§

vs.§§

189ᵀᴴ JUDICIAL DISTRICT

THE CITY OF BAYTOWN; SCOTT WILLIAMS, CHIEF BUIDLING OFFICIAL, AND RON BOTTOMS, ACTING CITY MANAGER. §§§§

*Defendants*

HARRIS COUNTY, TEXAS

IN THE DISTRICT COURT

## DEFENDANTS' NOTICE OF APPEAL

COMES NOW, the CITY OF BAYTOWN, a municipal corporation located in Harris and Chambers Counties, Texas, SCOTT WILLIAMS, chief building official for the City of Baytown, and RON BOTTOMS, the former acting city manager for the City of Baytown, Defendants in the above-entitled and numbered cause, and file this Notice of Appeal. In support of this notice, Defendants state:

1. Defendants, CITY OF BAYTOWN, SCOTT WILLIAMS, and RON BOTTOMS, desire to appeal the Court's November 6, 2015 verbal order denying of Defendants' plea to the jurisdiction. This interlocutory appeal is authorized by law. V.T.C.A., *Civ. Prac. & Rem. Code* § 51.014(a)(8) (2012);

2. This appeal is to be taken to either First Court of Appeals or the Fourteenth Court of Appeals; and

3. This is an accelerated appeal that does not involve a parental termination case or child protection case. V.T.C.A., *Rules App. Proc.*, Rule 28.1(a) (2011).

WHEREFORE, PREMISES CONSIDERED, Defendants request that this Honorable Court order the trial court clerk to immediately send a copy of the notice of appeal to the appropriate court clerk. V.T.C.A., *Rules App. Proc.*, Rule 25.1(f) (2011).

FURTHERMORE, whereas this is an interlocutory appeal from a plea to the jurisdiction and further proceedings in the trial court would interfere with or impair the jurisdiction of the appellate court, specifically the effectiveness of the relief sought or may be granted on appeal, Defendants request further proceedings in this court be suspended pending the outcome of the appeal. V.T.C.A., *Rules App. Proc., Rule* 29.5(b) (2008).

Respectfully Submitted,
CITY OF BAYTOWN
#99999969

Michael T. Garner
Assistant City Attorney
Bar No. 24076135
City of Baytown
P.O. Box 424
Baytown, Texas 77522
Ph. No. 281-420-6505
Fax No. 281-420-6586
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal has this day been sent by facsimile to the following attorneys of record for Plaintiff and Intervener:

| | |
|---|---|
| Steven D. Poock | Thomas Sanders |
| P.O. Box 984 | P.O. Box 1860 |
| Sugar Land, Texas 77487 | Sugar Land, Texas 77487 |
| Facsimile (281) 277-7679 | Facsimile (281) 424-8340 |

SIGNED this the ⁴ᵗ day of December, 2015

Michael T. Garner
Assistant City Attorney
City of Baytown
Attorney for Defendants

CASE NUM: 201530625__ PJN> __   TRANS NUM: _____   CURRENT COURT: 189 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: READY DOCKET
STYLE: APTBP LLC (D/B/A BAY POINTE APART VS THE CITY OF BAYTOWN
===============================================================================
                       **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_    00005-0001 DEF 16501900 BOTTOMS, RON (ACTING CITY MANA    RAMIREZ, IGNA
_    00004-0001 DEF 16501900 WILLIAMS, SCOTT (CHIEF BUILDIN    RAMIREZ, IGNA
_    00003-0001 AGT          CITY OF BAYTOWN (A HOME-RULE C
_    00002-0001 DEF 16501900 THE CITY OF BAYTOWN              RAMIREZ, IGNA
_    00001-0001 PLT 00794473 APTBP LLC (D/B/A BAY POINTE AP    POOCK, STEVEN


==> (5) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP

CASE NUM: 201530625__ PJN> __   TRANS NUM: _____   CURRENT COURT: 189 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: READY DOCKET
STYLE: APTBP LLC (D/B/A BAY POINTE APART VS THE CITY OF BAYTOWN
===============================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_    00001-0001 PAP 07873700 GIBSON, ROBERT GAINES JR.


==> (1) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP